IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN MURPHY,

Plaintiff,

v.

TRAVIS J. ALLEN, *et al.*,

Defendants.

Case No. 18-cv-957 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 8, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                  **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**